United States District Court
Southern District of Texas
ENTERED

AUG 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 6 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA DEL REFUGIO GARCIA           *
                                   *
VS.                                *
                                   *   C.A. NO.   B-98-077
                                   *
UNKNOWN MANAGER, Individually and as *
Manager/Employee of K-Mart and K-Mart Corp.

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __December 4, 1998__. If additional time is required, a motion requesting such extension must be filed no later than __November 12, 1998__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __December 18, 1998__:

   (a) the nature of the case;
   (b) contentions of the parties;
   (c) stipulations;
   (d) specific issues of fact, as they are submitted to the jury;
   (e) issues of law, if any;
   (f) list of all pending motions;
   (g) approximate duration of trial; and
   (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by __October 15, 1998__.
    (b) Defendant/s shall designate expert witnesses, if applicable, by __November 13, 1998__.

(5) A final pretrial and settlement conference be set for __January 22, 1999 at 2:00 P.M.__.

(6) Trial on the merits be set for __February 1999__, docket call.

DONE at Brownsville, Texas, on __August 6, 1998__.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge