9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA DEL REFUGIO GARCIA | * |
| VS | * C.A. NO. B98 077 |
| UNKNOWN MANAGER, INDIVIDUALS | * |
| AND AS MANAGER/EMPLOYEE OF | * |
| K-MART NO. 7077 AND | * |
| K-MART CORPORATION | * |

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered a **motion for extension of docket dates** in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **February 19, 1999.**

(2) All other motions, including joinder of parties must be filed no later than ten (1.) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 19, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **March 25, 1999, at 1:30 p.m.**

(5) Trial on the merits is set for **April 1, 1999, 8:30 a.m.**, docket call before Judge Vela.

DONE at Brownsville, Texas, on **November 17, 1998.**

_____
John Wm. Black
United States Magistrate Judge