IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DEL REFUGIO GARCIA | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | CASE NO. B-98-077 |
| Unknown Manager, INDIVIDUALLY | § | |
| AND AS MANAGER/EMPLOYEE OF | § | |
| K-MART No. 7077 and K-MART | § | |
| CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER ON AGREED MOTION FOR CONTINUANCE

On __22 JAN__, 1999, the Court considered Plaintiff Maria Del Refugio Garcia and Defendant Kmart Corporation's Agreed Motion for Continuance of Pre-Trial Conference and Trial. After considering the Motion, the response, and the evidence filed in support of the Motion in response, if any, the Court,

GRANTS the Motion and continues the pre-trial conference until __April 22__, 1999, at 2:00 p.m. with trial continued until the __May__, 1999 docket period.

SIGNED on __22 JAN__, 1999.

_____
PRESIDING JUDGE

F:\102\177\pleadings\Agrd Mo for Continuance.wpd   - 3 -

APPROVED AND ENTRY REQUESTED:

DAW & RAY
A Professional Corporation

By: _____
    Willie Ben Daw, III; TBN: 05594050
    Christopher A. Fusselman; TBN: 00792520
    Coastal Banc Plaza
    5718 Westheimer, Suite 1750
    Houston, TX 77057
    (713) 266-3121
    (713) 266-3188 FAX


LAW OFFICES OF CARLOS QUINTANA

By: _____ / By permission / CAF
    Carlos Quintana; TBN 16436345
    Neuhaus Tower
    200 South 10th, Suite 1302
    McAllen, Texas 78501
    (956) 687-9729
    (956) 687-9760 FAX