IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DEL REFUGIO GARCIA | § § | |
| PLAINTIFF, | § § § | |
| VS. | § § | CASE NO. B-98-077 |
| Unknown Manager, INDIVIDUALLY AND AS MANAGER/EMPLOYEE OF K-MART No. 7077 and K-MART CORPORATION | § § § § § | |
| DEFENDANTS. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 03 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER ON AGREED MOTION FOR EXTENSION OF DOCKET DATES

On this day came on to be considered An Agreed Motion for Extension of Docket Dates in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

1. All discovery in this case must be completed by **March 19, 1999.**

2. All other motions, including joinder of parties, must be filed no later than ten (10) days after discovery is completed.

3. A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas Shall be filed no later than **April 19, 1999.**

   THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

4. A final pretrial and settlement conference is set for **2:00 p.m. on April 22, 1999.**

5. Trial on the merits is set for the **May, 1999** docket period.

SIGNED on 3 FEB , 1999.

_____
PRESIDING JUDGE

APPROVED AND ENTRY REQUESTED:

DAW & RAY
A Professional Corporation


By:_____
    Willie Ben Daw, III; TBN: 05594050
    Christopher A. Fusselman; TBN: 00792520
    Coastal Banc Plaza
    5718 Westheimer, Suite 1750
    Houston, TX 77057
    (713) 266-3121
    (713) 266-3188 FAX


LAW OFFICES OF CARLOS QUINTANA

By:_____
    Carlos Quintana; TBN: 16436345
    Neuhaus Tower
    200 South 10th, Suite 1302
    McAllen, Texas 78501
    (956) 687-9729
    (956) 687-9760 FAX

APPROVED AND ENTRY REQUESTED:

DAW & RAY
A Professional Corporation

By: _____
Willie Ben Daw, III; TBN: 05594050
Christopher A. Fusselman; TBN: 00792520
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, TX 77057
(713) 266-3121
(713) 266-3188 FAX


LAW OFFICES OF CARLOS QUINTANA

By: _____
Carlos Quintana; TBN: 16436345
Neuhaus Tower
200 South 10th, Suite 1302
McAllen, Texas 78501
(956) 687-9729
(956) 687-9760 FAX

*F:\102\177\pleadings\Agrd Mo Ext Docket Dates.wpd*   - 5 -