*15*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| MARIA DEL REFUGIO GARCIA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-077 |
| § | |
| UNKNOWN MANAGER, INDIVIDUALLY § | |
| AND AS MANAGER/EMPLOYEE OF § | |
| K-MART NO. 7077 AND K-MART § | |
| CORPORATION § | |

TYPE OF CASE:           __X__ CIVIL                                      ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**PRETRIAL CONFERENCE**

PLACE:                                                                                       ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:          CONTINUED TO DATE AND TIME:

**APRIL 22, 1999 AT 2:00 P.M.**                                     **APRIL 27, 1999 AT 3:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 12, 1999

TO:        MR. ABEL TOSCANO, JR.
             MR. CARLOS QUINTANA
             MR. WILLIE BEN DAW, III