

**United States District Court**
**Southern District of Texas**
**ENTERED**

**MAY 0 3 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DEL REFUGIO GARCIA | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | CASE NO. B-98-077 |
| Unknown Manager, INDIVIDUALLY | § | |
| AND AS MANAGER/EMPLOYEE OF | § | |
| K-MART No. 7077 and K-MART | § | |
| CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | |

## FINAL TAKE NOTHING JUDGMENT

Be it remembered that on this day, came on to be heard and considered in the above-entitled and numbered cause, a Motion for Entry of Take Nothing Judgment. Plaintiff **MARIA DEL REFUGIO GARCIA** and Defendants **UNKNOWN MANAGER, INDIVIDUALLY AND AS MANAGER/EMPLOYEE OF KMART NO. 7077** and **KMART CORPORATION** by and through their respective attorneys' of record, jointly filed the Motion, and the Court, having reviewed the Motion, pleadings, and evidence on file, and the parties announcing to the Court that they have entered into an accord and settlement in this cause, and that the consideration of such settlement had been paid in full, and the parties, having agreed that the Take-Nothing Judgment should be entered in the favor of the Defendants against the Plaintiff, it is accordingly:

ORDERED, ADJUDGED and DECREED that the Plaintiff **MARIA DEL REFUGIO GARCIA** take nothing by reason of this suit and that Defendants **UNKNOWN MANAGER, INDIVIDUALLY AND AS MANAGER/EMPLOYEE OF KMART NO. 7077** and **KMART CORPORATION** be discharged, and go hence without day, and that such Defendants stand fully released, discharged and acquitted.

All relief not specifically granted herein is hereby denied. Costs of Court are to be borne by the party incurring same.

SIGNED this 30th day of April, 1999.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

DAW & RAY, A PROFESSIONAL CORPORATION

By: _____
Willie Ben Daw, III; TBN: 05594050
Christopher A. Fusselman; TBN 00792520
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121
(713) 266-3188 FAX

ATTORNEYS FOR DEFENDANT

LAW OFFICES OF CARLOS QUINTANA

By: _____
Carlos Quintana; TBN: 16436345
Neuhaus Tower
200 South 10th, Suite 1302
McAllen, Texas 78501
(956) 687-9729
(956) 687-9760 FAX